**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CLINTON SEAN ROYSE, ) | CASE NO. 24-10524 JDL |
| ) | Chapter 7 |
|   Debtor. ) | |

| | |
|---|---|
| VISION BANK, ) | |
| ) | |
|   Plaintiff, ) | |
| ) | |
| v. ) | Adversary No.: 24-01035 |
| ) | |
| CLINTON SEAN ROYSE, ) | |
| ) | |
|   Defendant | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1(B) and 7007-2, Vision Bank, Plaintiff in this adversary proceeding, makes the following disclosures:

1. No publicly held entities, nor a governmental unit, directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests.

Dated this 3rd day of June 2024.

Respectfully submitted,

*s/ Wyatt D. Swinford*
Wyatt D. Swinford, OBA No. 32520
Brady R. Lippoldt, OBA No. 35168
Elias, Books, Brown & Nelson, P.C.
Two Leadership Square, Suite 1300
211 N. Robinson Avenue
Oklahoma City, Oklahoma  73102
Telephone: 405/232-3722
Facsimile: 405/232-3746
Email: wswinford@eliasbooks.com
Email: blippoldt@eliasbooks.com

**ATTORNEYS FOR VISION BANK**