# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

### NOTICE OF VIDEO SCHEDULING CONFERENCE

### BEFORE JUDGE JANICE D. LOYD

### Thursday, July 25, 2024

**1:30 P.M.**      **CLINTON SEAN ROYSE, BK 24-10524 (Chapter 7)**
**Adv. 24-1035**   **Vision Bank (Wyatt Swinford) (Doc 1) v. Clinton Sean Royse (Mike Rose) (Doc 5)**

**SCHEDULING CONFERENCE**

Pursuant to Rule 43, Fed. R. Civ. P. (applicable to the contested matter pursuant to Rule 9017, Fed. R. Bankr. P.) the scheduling conference scheduled for July 25, 2024 at 1:30 p.m. CST will be conducted via video conference. In order to participate, all counsel and participants must have access to a computer with a camera and a microphone. It is also recommended that you have a phone available on the day of the hearing in the event technical problems arise and communication is required.

1. On or before 12:00 p.m. on July 23, 2024, counsel are directed to provide to debbie_rohde@okwb.uscourts.gov their preferred email address as well as the email address of any party that will not be in the same location as counsel during the video conference. Chambers will use these email addresses to provide access to the video scheduling conference.

2. On July 24, 2024, the Court will issue an invitation for the video scheduling conference containing a link for a "Microsoft Teams Meeting" that should be used to access the video conference. You do not need to download the Microsoft Teams app to participate in the video conference.

3. When first using Microsoft Teams Meeting, you will need to allow the program to access your microphone and camera.

4. The conference will include live video and audio feeds so efforts should be made to appear professional and to eliminate unnecessary background noise.

Certificate of Service

This is to certify that on the 3rd day of July, 2024, a copy of the foregoing Notice of Video Scheduling Conference was served via the Court's Electronic Filing System on the following parties:

    Mike Rose
    Wyatt Swinford

    s/Debbie Rohde
    DEBBIE ROHDE, Deputy