**Dated: January 13, 2025**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLINTON SEAN ROYSE | ) | CASE NO. 24-10524 JDL |
| | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | |

| | | |
|---|---|---|
| VISION BANK | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| V | ) | ADV. NO. 24-01035 JDL |
| | ) | |
| CLINTON SEAN ROYSE | ) | |
| | ) | |
| DEFENDANT | ) | |

**AGREED JUDGMENT OF NONDISCHARGEABILITY**

    COMES NOW before this Court the Complaint of Plaintiff Vision Bank, filed 6/3/2024 in which Plaintiff seeks to declare the debt owed by Defendant Clint Royse nondischargeable pursuant to 11 U.S.C. § 523(a)(2)(A), and the Answer of Defendant, filed 7/2/2024. The parties, having been advised of their rights by undersigned counsel, hereby agree that a nondischargability Judgment

1

should be entered in favor of Vision Bank in the amount of $50,000.00. The remainder of the debt should be considered discharged in Defendant's underlying bankruptcy case.

IT IS THEREFORE ORDERED that Judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $50,000.00, and that such judgment be declared non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

IT IS SO ORDERED.

**All findings of fact are based upon the representation of counsel for Debtor(s).**

**The prevailing party shall effectuate service of the order on all interested parties.**

#   #   #

Prepared and approved for entry:

/s/ Wyatt D. Swinford
Wyatt D. Swinford, OBA No. 32520
Brady R. Lippoldt, OBA No. 35168
Elias, Books, Brown & Nelson, P.C.
Two Leadership Square, Suite 1300
211 N. Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: 405/232-3722
Facsimile: 405/232-3746
Email: wswinford@eliasbooks.com
Email: blippoldt@eliasbooks.com
ATTORNEYS FOR PLAINTIFF VISION BANK

/s/ Mike Rose
Michael J. Rose, OBA#15523
Michael J Rose PC
4101 Perimeter Center Drive, Suite 120
Oklahoma City, OK 73112
(405) 605-3757 telephone
(405) 605-3758 facsimile
michaeljrosepc@gmail.com
ATTORNEY FOR DEFENDANT CLINTON ROYSE